IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY NGUIEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:23cv112 |
| | ) | **Electronic Filing** |
| **PA ELLIS KAUFMAN, PA TESTA,** | ) | |
| **PA ROXANNE PLAYSO, DOCTOR** | ) | |
| **KANSKY** Medial Director, | ) | |
| **PA ACKERMAN, PA DAVIS,** | ) | |
| **DOCTOR ROBINSON** Medical Director, | ) | |
| **DOCTOR HOHBERG** Medial Director, | ) | |
| **SUPERINTENDENT THOMAS** | ) | |
| **MGINELY, WELLPATH** Medial | ) | |
| Provider, **PENNSYLVANIA** | ) | |
| **DEPARTMENT OF CORRECCTIONS,** | ) | |
| and **SOMERSET COUNTY AND COAL** | ) | |
| **TOWNSHIP COUNTY,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Anthony Nguien ("plaintiff") commenced this prisoner civil rights case seeking redress for deprivation of the Eighth Amendment right to medical care, violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, and state-law claims of negligence and intentional infliction of emotional distress. All of plaintiff's claims are based on the medical care and treatment he received while incarcerated at SCI-Somerset and SCI-Coal Township. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D. After a stay, the case was reassigned to United States Magistrate Judge Christopher B. Brown on July 3, 2024, following Judge Eddy's retirement.

The Magistrate Judge's Report and Recommendation (ECF No. 103) filed on October 10, 2025, recommended that defendant Wellpath's motion to dismiss based on discharge in

bankruptcy be granted. Specifically, it recommended that all claims against Wellpath be dismissed with prejudice; and it further recommended that all claims against the eight individual medical defendants proceed in due course. The parties were informed that objections to the Report and Recommendation were due by October 28, 2025, and October 31, 2025. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 6th day of January, 2026,

IT IS ORDERED that [94] Defendant Wellpath's Motion to Dismiss based on discharge in bankruptcy be, and the same hereby is, granted. All claims against Wellpath are dismissed with prejudice. The claims against the medical defendants remain and shall proceed in due course. The [103] Report and Recommendation of Magistrate Judge Brown dated October 10, 2025, is adopted as the opinion of the Court.

                                                  s/David Stewart Cercone
                                                  David Stewart Cercone
                                                  Senior United States District Judge

cc:    Magistrate Judge Christopher B. Brown
        Keanna Adinae Seabrooks, Esquire
        Samuel H. Foreman, Esquire
        Joan E. Owhe, Esquire

        (*Via CM/ECF Electronic Mail*)

Anthony Nguien
NJ 2764
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16652

(*Sent Via First Class Mail*)