IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY NGUIEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:23cv112 |
| | ) | **Electronic Filing** |
| **PA ELLIS KAUFMAN, PA TESTA,** | ) | |
| **PA ROXANNE PLAYSO, DOCTOR** | ) | |
| **KANSKY** Medial Director, | ) | |
| **PA ACKERMAN, PA DAVIS,** | ) | |
| **DOCTOR ROBINSON** Medical Director, | ) | |
| **DOCTOR HOHBERG** Medial Director, | ) | |
| **SUPERINTENDENT THOMAS** | ) | |
| **MGINELY, WELLPATH** Medial | ) | |
| Provider, **PENNSYLVANIA** | ) | |
| **DEPARTMENT OF CORRECCTIONS,** | ) | |
| and **SOMERSET COUNTY AND COAL** | ) | |
| **TOWNSHIP COUNTY,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Anthony Nguien ("plaintiff") commenced this prisoner civil rights case seeking redress for deprivation of the Eighth Amendment right to medical care, violations of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, and state-law claims of negligence and intentional infliction of emotional distress. All of plaintiff's claims are based on the medical care and treatment he received while incarcerated at SCI-Somerset and SCI-Coal Township. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D. After a stay, the case was reassigned to United States Magistrate Judge Christopher B. Brown on July 3, 2024, following Judge Eddy's retirement.

The Magistrate Judge's Report and Recommendation (ECF No. 107) filed on October 23, 2025, recommended that plaintiff's motion for preliminary injunction be denied. Specifically, it

recommended that the request for injunctive relief be denied because the request sought relief based on disciplinary action taken against plaintiff that was completely unrelated to the claims of inadequate medical treatment alleged in plaintiff's amended complaint. The parties were informed that objections to the Report and Recommendation were due by November 7, 2025, and November 10, 2025. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 6th day of January, 2026,

IT IS ORDERED that [93] plaintiff's motion for preliminary injunction be, and the same hereby is, denied. The [107] Report and Recommendation of Magistrate Judge Brown dated October 23, 2025, is adopted as the opinion of the Court.

s/David Stewart Cercone  
David Stewart Cercone  
Senior United States District Judge

cc:    Magistrate Judge Christopher B. Brown
       Keanna Adinae Seabrooks, Esquire
       Samuel H. Foreman, Esquire
       Joan E. Owhe, Esquire

       (*Via CM/ECF Electronic Mail*)

       Anthony Nguien
       NJ 2764
       SCI Huntingdon
       1100 Pike Street
       Huntingdon, PA 16652

       (*Sent Via First Class Mail*)